IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTONIO LEWIS,** : | | CIVIL ACTION |
| Petitioner, : | | |
| : | | |
| v. : | | NO.  21-cv-1073 |
| : | | |
| **RANDY IRWIN,**[1] **et al.,** : | | |
| Respondents. : | | |

## O R D E R

AND NOW, this 2nd day of November, 2023, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John M. Gallagher
JOHN M. GALLAGHER,   J.

---

[1] I have substituted Randy Irwin, the Superintendent of SCI Forest, as the respondent in this case. *See* Rules Governing Section 2254 Cases, Rule 2 (requiring the current custodian to be named as respondent).